**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE CHOWNS GROUP, LLC,** <br> *Plaintiff,* <br><br>  v. <br><br> **LIBERTY MUTUAL INSURANCE COMPANY,** <br> *Defendant*. | **CIVIL ACTION NO. 2:22-cv-02275-MMB** |

## <u>ORDER RE MOTION TO DISMISS</u>

**AND NOW**, this 7th day of October 2022, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim and Improper Venue, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** as to improper venue and **DENIED** as to failure to state a claim.  This case is hereby **ORDERED TRANSFERRED** forthwith to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1406(a).

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON**
**United States District Judge**